**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,          :          No. 329 WAL 2021
                                       :
                     Respondent        :
                                       :
                                       :          Petition for Allowance of Appeal
                                       :          from the Order of the Superior Court
          v.                           :
                                       :
                                       :
LAMAR PENNY,                           :
                                       :
                     Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.